FILED
CLERK, U.S. DISTRICT COURT

APR 14 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )   Case No.: CR 06-481-
              Plaintiff, )   GPS
          vs. )
                                         )   ORDER OF DETENTION AFTER HEARING
DENNIS BIBAYOFF )   [Fed.R.Crim.P. 32.1(a)(6);
                                         )   18 U.S.C. 3143(a)]
             Defendant. )

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __CENTRAL DISTRICT OF CALIFORNIA__ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   [X]  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __DEFENDANT'S HISTORY OF DRUG ADDICTION__

and/or

B. ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 4/14/08

*Patrick J. Walsh*
UNITES STATES MAGISTRATE JUDGE